# EXHIBIT B

# The Commonwealth of Massachusetts, William Francis Galvin
# Corporations Division

One Ashburton Place - Floor 17, Boston MA 02108-1512   |   Phone: 617-727-9640

# Certificate of Organization

(General Laws, Chapter 156C, Section 12)                         Filing Fee: $500.00

| Identification Number: | 001711532 | (number will be assigned) |
|---|---|---|

**1. The exact name of the limited liability company is:**

FAIR GAMING ADVOCATES MA LLC

**2. The address in the Commonwealth where the records will be maintained:**

| Number and street: | 82 WENDELL AVE., SUITE 100 | | | | |
|---|---|---|---|---|---|
| Address 2: | | | | | |
| City or town: | PITTSFIELD | State: | MA | Zip code: | 01201 |
| Country: | UNITED STATES | | | | |

**3. The general character of business (if the limited liability company is organized to render professional service, this form must be filed by fax, mail or in person):**

EXPOSING ILLEGAL 'SWEEPSTAKES CASINOS' AND ELIMINATING THEM THROUGH ALL LAWFULLY PERMITTED MEANS IN THE COMMONWEALTH OF MASSACHUSETTS. THE COMPANY MAY ENGAGE IN ANY ACTIVITIES DIRECTLY OR INDIRECTLY RELATED OR INCIDENTAL THERETO AND TO ENGAGE IN ANY OTHER ACTIVITY IN WHICH A LIMITED LIABILITY COMPANY ORGANIZED UNDER THE LAWS OF THE COMMONWEALTH OF MASSACHUSETTS MAY LAWFULLY ENGAGE.

**4. The latest date of dissolution, if specified: (mm/dd/yyyy)**

**5. The name and address of the Resident Agent:**

| Agent name: | REGISTERED AGENTS INC. | | | | |
|---|---|---|---|---|---|
| Number and street: | 82 WENDELL AVE., SUITE 100 | | | | |
| Address 2: | | | | | |
| City or town: | PITTSFIELD | State: | MA | Zip code: | 01201 |

I REGISTERED AGENTS INC.,

| Title | Name | Address |
|---|---|---|
|  |  |  |

7. The name and business address of the person(s) in addition to the manager(s), authorized to execute documents to be filed with the Corporations Division, and at least one person shall be named if there are no managers.

| Title | Name | Address |
|---|---|---|
| SOC SIGNATORY | THERESA DONAHUE | 82 WENDELL AVE., SUITE 100 PITTSFIELD, MA 01201 USA |

8. The name and business address of the person(s) authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property:

| Title | Name | Address |
|---|---|---|
|  |  |  |

9. Additional matters:

10. This certificate is effective at the time and on the date approved by the Division, unless a later effective date not more than ninety (90) days from the date of filing is specified:

Later Effective Date (mm/dd/yyyy):          Time (HH:MM)

SIGNED UNDER THE PENALTIES OF PERJURY, this 17 Day of October, 2023,

THERESA DONAHUE

   , Signature of Authorized Signatory.

# THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears that the provisions of the General Laws relative to corporations have been complied with, and I hereby approve said articles; and the filing fee having been paid, said articles are deemed to have been filed with me on:

October 17, 2023 02:09 PM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*