UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| **FAIR GAMING ADVOCATES MA LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**VGW HOLDINGS LIMITED, VGW MALTA LIMITED, VGW LUCKYLAND INC., and VGW US, INC.,**<br><br>    Defendants. | Civil Action No. |

### DECLARATION OF MICHAEL THUNDER

I, MICHAEL THUNDER, declare and state as follows:

1. I am the General Counsel of VGW Holdings Ltd. ("VGW Holdings"). I am over 18 years of age and am competent to make this declaration. I make this declaration based on personal knowledge, the books and records of VGW Holdings, and information reported to me in the ordinary course of business by individuals with a business duty to accurately report that information.

2. VGW Holdings is an Australian limited company incorporated and headquartered in Australia and organized under the laws of Australia. VGW Holdings is an Australian public company.

3. VGW Holdings' subsidiaries VGW Malta Ltd. ("VGW Malta"), VGW Luckyland, Inc. ("VGW Luckyland"), and VGW US, Inc. ("VGW US") specialize in the development and publication of online casino-themed social games. VGW Holdings, VGW Malta, VGW Luckyland, and VGW US are collectively referred to herein as the "VGW Group."

4. I understand that the Plaintiff in this action, Fair Gaming Advocates MA LLC, alleges that the VGW Group's games, including *Luckyland Slots* and *Chumba Casino*, violate Massachusetts law.

5. VGW Malta operates the *Chumba Casino* games. VGW Malta is a Maltese limited company, organized under the laws of the Republic of Malta ("Malta"), with its principal place of business in Malta. VGW Malta has two members: VGW Malta Holding Limited and VGW Corporation Pty. Ltd.

6. VGW Malta Holding Limited is a Maltese limited company, organized under the laws of Malta, with its principal place of business in Malta. VGW Malta Holding Limited has two members: VGW Corporation Pty. Ltd. and VGW Holdings.

7. VGW Corporation Pty. Ltd. is an Australian proprietary limited company, organized under the laws of Australia, with its principal place of business in Australia. VGW Corporation Pty. Ltd. has one member: VGW Holdings.

8. VGW Luckyland operates the *Luckyland Slots* games. VGW Luckyland is a Delaware company with its principal place of business in Delaware.

9. VGW US is a Delaware company with its principal place of business in Delaware.

10. None of the VGW Group entities have been served with the summons and complaint in this action. I understand the complaint was filed in the Superior Court of Suffolk County, Massachusetts on or about October 30, 2023.

11. I understand the plaintiff seeks to recover for itself all amounts allegedly spent by Massachusetts residents to purchase "Gold Coins" and "Sweep Coins" in VGW Group's games, including *Luckyland Slots* and *Chumba Casino*, from October 30, 2022, to October 30, 2023.

12. VGW Group maintains electronic financial reporting systems that contain the total amount of purchases by users of VGW Group's games, which are maintained in the ordinary course of business and the purchase data is captured at or near the time the purchases are made.

13. I have reviewed the purchase data pulled from the relevant financial reporting systems.

14. "Sweeps Coins" are not available for purchase at any time. However, according to the purchase data, the total amount of "Gold Coin" purchases made by Massachusetts users of VGW Group's games, including *Luckyland Slots* and *Chumba Casino*, between October 30, 2022, and October 30, 2023, exceeds $75,000.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 28th day of November 2023, at Perth WA, Australia.

DocuSigned by:

Michael Thunder

F70F4B75834B464...

MICHAEL THUNDER