UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| **FAIR GAMING ADVOCATES MA LLC,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**VGW HOLDINGS LIMITED, VGW MALTA LIMITED, VGW LUCKYLAND INC., and VGW US, INC.,**<br><br>    **Defendants.** | **Civil Action No.** 1:23-CV-12878 |

## DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants VGW Holdings Limited ("VGW Holdings"), VGW Malta Ltd. ("VGW Malta"), VGW Luckyland, Inc. ("VGW Luckyland"), and VGW US, Inc. ("VGW US"), by counsel, state that VGW Holdings is the ultimate parent company of VGW Malta, VGW Luckyland, and VGW US. VGW Holdings is a foreign, public unlisted company incorporated and headquartered in Australia. No other publicly traded company owns 10% or more of the stock of VGW Malta, VGW Luckyland, or VGW US.

Dated: November 28, 2023

Respectfully Submitted,

*/s/ Matthew D. LaBrie*
Matthew D. LaBrie (BBO No. 693698)
mlabrie@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley Street, Suite #2000
Boston, MA 02116
T:    +1 617 880 1800
F:    +1 617 880 1801

*Counsel for VGW Holdings Limited, VGW Malta Limited, VGW Luckyland, Inc., and VGW US, Inc.*

- 1 -

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of November 2023, the foregoing document was served on counsel of record for Plaintiff Fair Gaming Advocates MA LLC, listed below, via email and certified mail:

    Quinn Heath, Esq.
    476 Windsor Street #1
    Cambridge, MA 02141
    Quinn@MensingGroup.com

    *Counsel for Fair Gaming Advocates MA LLC*

                                        */s/ Matthew D. LaBrie*
                                        Matthew D. LaBrie