UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| **FAIR GAMING ADVOCATES MA LLC,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**VGW HOLDINGS LIMITED, VGW MALTA LIMITED, VGW LUCKYLAND INC., and VGW US, INC.,**<br><br>    **Defendants.** | **Civil Action No. 23-CV-12878** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December 2023, a certified copy of the state court record was served on counsel of record for Plaintiff Fair Gaming Advocates MA LLC, listed below, via email and certified mail:

Quinn Heath, Esq.
476 Windsor Street #1
Cambridge, MA 02141
quinn@cfsattorneys.com

*Counsel for Fair Gaming Advocates MA LLC*

　　　　　　　　　　　　　　　　　　　　　　　/s/ Matthew D. LaBrie
　　　　　　　　　　　　　　　　　　　　　　　Matthew D. LaBrie (Bar No. 693698)
　　　　　　　　　　　　　　　　　　　　　　　Orrick, Herrington & Sutcliffe LLP
　　　　　　　　　　　　　　　　　　　　　　　222 Berkeley St., Ste. 2000
　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02116
　　　　　　　　　　　　　　　　　　　　　　　(617) 880-1800
　　　　　　　　　　　　　　　　　　　　　　　mlabrie@orrick.com