# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| **FAIR GAMING ADVOCATES MA LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**VGW HOLDINGS LIMITED, VGW MALTA LIMITED, VGW LUCKYLAND INC., and VGW US, INC.,**<br><br>**Defendants.** | Civil Action No. 23-CV-12878 |

## STIPULATION AND [PROPOSED] ORDER TO ACCEPT SERVICE AND EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Plaintiff Fair Gaming Advocates MA, LLC ("Plaintiff") and Defendants VGW Holdings, Ltd., VGW Malta Ltd., VGW Luckyland, Inc., and VGW US, Inc. ("Defendants"), stipulate that:

1. Plaintiff filed this lawsuit in the Superior Court of Suffolk County, Massachusetts on October 30, 2023, and Defendants removed the action to this Court on November 28, 2023.

2. Defendants have not been served with the summons and complaint.

3. Defendants waive service of the summons and complaint, and undersigned counsel for Defendants accepts service on behalf of Defendants effective December 20, 2023.

4. Plaintiff intends to file a motion to remand this case to the Superior Court of Suffolk County, Massachusetts on or before December 28, 2023, pursuant to 28 U.S.C. § 1447(c).

5. If Plaintiff files a motion to remand, Defendants shall answer or otherwise respond to the complaint within 21 days after the Court rules on Plaintiff's motion to remand. If Plaintiff does not file a motion to remand by December 28, 2023, Defendants shall answer or otherwise respond to the complaint by January 29, 2024.

Dated:  December 20, 2023        Respectfully submitted,


**Plaintiff Fair Gaming Advocates MA LLC**

By Its Attorney,

*/s/ Quinn Heath* (Bar No. 709258)
Quinn Heath, Esq.
476 Windsor Street #1
Cambridge, MA 02141
quinn@cfsattorneys.com


**Defendants VGW Holdings, Limited; VGW Malta Limited; VGW Luckyland, Inc.; and VGW US, Inc.**

By Their Attorney,


*/s/ Matthew D. LaBrie* (Bar No. 693698)
Matthew D. LaBrie
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
222 Berkeley St., Ste. 2000
Boston, MA 02116
(617) 880-1800
mlabrie@orrick.com


IT IS SO ORDERED:


DATED: _____     _____
                                UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of December, 2023, this document was filed through the ECF system and was sent electronically to the registered participants on the Notice of Electronic Filing, and additional copies served on counsel of record for Plaintiff Fair Gaming Advocates MA LLC, listed below, via email and USPS:

Quinn Heath, Esq.
476 Windsor Street #1
Cambridge, MA 02141
quinn@cfsattorneys.com

*Counsel for Fair Gaming Advocates MA LLC*

/s/ *Matthew D. LaBrie*
Matthew D. LaBrie (Bar No. 693698)
**Orrick, Herrington & Sutcliffe LLP**
222 Berkeley St., Ste. 2000
Boston, MA 02116
(617) 880-1800
mlabrie@orrick.com