UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| **FAIR GAMING ADVOCATES MA LLC,**<br>*Plaintiff,*<br><br>v.<br><br>**VGW HOLDINGS LIMITED, VGW MALTA LIMITED, VGW LUCKYLAND INC., and VGW US, INC.,**<br>*Defendants.* | Civil Action No. 1:23-cv-12878 |

### PLAINTIFF'S MOTION FOR REMAND TO THE MASSACHUSETTS SUPERIOR COURT

The Plaintiff, Fair Gaming Advocates MA LLC, respectfully requests that this Honorable Court remand this action to the Massachusetts Suffolk Superior Court pursuant to 28 U.S. Code § 1447(c). Plaintiff submits that this court lacks subject-matter jurisdiction over this case for the reasons set forth in the accompanying memorandum of law and as supported by the declaration submitted with this motion. Because this court lacks subject-matter jurisdiction, this court must issue an order to remand the case to state court for further proceedings. The Plaintiff therefore moves pursuant to 28 U.S. Code § 1447(c) to immediately remand the action to Suffolk Superior Court.

Dated: December 28, 2023                                   FAIR GAMING ADVOCATES MA LLC

                                                           /s/ Quinn Heath
                                                           _____
                                                           Quinn Heath, Esq.
                                                           476 Windsor Street #1
                                                           Cambridge, MA 02141
                                                           Board of Bar Overseers No.: 709258
                                                           Telephone: (617) 468-8343
                                                           Email: quinn@cfsattorneys.com
                                                           *Attorney for Plaintiff*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that he has conferred with counsel for Defendants regarding the relief requested in good faith to resolve or narrow the issues.

                                                           /s/ Quinn Heath
                                                           _____
                                                           Quinn Heath, Esq.

## CERTIFICATE OF SERVICE

I, Quinn Heath, hereby certify that I caused to be served by email a true and correct copy of the foregoing document upon counsel of record for each other party in this matter.

                                                           /s/ Quinn Heath
                                                           _____
                                                           Quinn Heath, Esq.