# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| **FAIR GAMING ADVOCATES MA LLC,**<br>*Plaintiff,*<br><br>v.<br><br>**VGW HOLDINGS LIMITED, VGW MALTA LIMITED, VGW LUCKYLAND INC., and VGW US, INC.,**<br>*Defendants.* | Civil Action No. 1:23-cv-12878 |

## <u>DECLARATION OF DEVIN WARD</u>

Individual DEVIN WARD states as follows:

1. I am Director for Delaware corporation FGA DE INC. and I have personal knowledge of the books, records, operations, and corporate structure of both FGA DE INC. and Fair Gaming Advocates MA LLC.

2. FGA DE INC. is the sole Member of Massachusetts limited liability company Fair Gaming Advocates MA LLC. Fair Gaming Advocates MA LLC is wholly owned and controlled by FGA DE INC.

3. FGA DE INC. is a Delaware corporation which is incorporated in the state of Delaware.

4. No shareholder, director, or controlling officer of FGA DE INC. or Fair Gaming Advocates MA LLC has ever had or created an account with or participated in any contest of luck or chance using any product offered by VGW Holdings Limited, VGW Malta Limited, VGW Luckyland Inc., or VGW US, Inc.

1

5. All of the statements in this declaration are true and correct, and all are based on personal knowledge, public information, and/or corporate records. I could testify competently as a witness to all of the facts stated herein.

*I declare under pains and penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on* _____December 27th_____, *2023.*

Dated: _____20231227_____

_____

DEVIN WARD