# UNITED STATES DISTRICT COURT
# DISRICT OF MASSACHUSETTS

Civil Action No: 1:23-cv-12878-NMG

Fair Gaming Advocates MA LLC,
**Plaintiff**

v.

VGW Holdings Ltd., et al.,
**Defendants**

## ORDER OF REMAND

GORTON, D.J.

In accordance with the Court's Order dated on January 10, 2024, the above-entitled action is hereby REMANDED to Suffolk County Superior Court.

By the Court,

/s/Danielle Kelly
Deputy Clerk

January 11, 2024